
RECEIVED
IN MONROE, LA
FEB 0 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RAYMOND EARL WATSON | CIVIL ACTION NO. 05-1238-M |
| VS. | SECTION P |
| FRANKLIN PARISH, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this complaint be construed as a petition for writ of *habeas corpus* and that it be and is **DENIED AND DISMISSED WITHOUT PREJUDICE** since it plainly appears from the face of the petition and exhibits that the petitioner has failed to exhaust all available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 9 day of February, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE